**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00590-STV

MITCHELL SEURER,

Plaintiff,

v.

FMF LITTLETON LLC; and

GREP SOUTHWEST, LLC,

Defendants.

---

**ORDER ON MEMORANDUM AND WITHDRAWAL OF NOTICE OF REMOVAL**

---

Before this Court is the Memorandum and Withdrawal of Notice of Removal to remand this case to the Douglas County District Court of the State of Colorado. Having reviewed the withdrawal and for good cause shown, the Court hereby GRANTS the withdrawal and IT IS ORDERED:

1. The case is remanded back to the District Court, Douglas County, Colorado, in the case entitled, *Mitchell Seurer v. FMF Littleton LLC and GREP Southwest, LLC d/b/a Greystar*, Case No. 2026CV30017.
2. All deadlines, hearings, and other dates in this matter are vacated.

Chief Magistrate Judge Scott T. Varholak