## COD Docketing

**From:** COD Docketing
**Sent:** Friday, February 27, 2026 2:09 PM
**To:** 'Andi.Truett@judicial.state.co.us'
**Subject:** 26-cv-00590-STV Order for Remand
**Attachments:** 26-cv-0590 Certified-remand order.pdf

Good afternoon,

Attached please find a certified copy of an order remanding the above-mentioned case back to your court. Your case number is **2026CV30017** .
Please let me know you have any questions.

Thanks,

Clerk's Office